THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN M. DUNN and DANIEL GENTILE, alias DANNY BROOKS, Appellants.

Reargued December 1, 1948; decided February 24, 1949.

*Bernard Hershkopf* and *Hyman Barshay* for John M. Dunn, appellant.

*Harry G. Anderson* and *Vincent Tese* for Daniel Gentile, appellant.

*Frank S. Hogan*, District Attorney (*Whitman Knapp* and *William Hoppen* of counsel), for respondent.

Upon reargument of appeals by appellants John M. Dunn and Daniel Gentile: Judgments of conviction affirmed. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY and FULD, JJ. DESMOND and DYE, JJ., dissent, and vote to reverse and order a new trial on the ground that the newly discovered evidence could well change the result if presented to a jury and, accordingly, should be so presented. [See 298 N. Y. 564, 706, 929.]